IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:16-CR-0064 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | DEFENDANT'S UNOPPOSED MOTION |
| | ) | TO CONTINUE SENTENCING |
| | ) | HEARING. |
| | ) | |
| RYAN GASTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes Defendant, Ryan Gaston, by and through his counsel, Russell W. Tye, and hereby respectfully requests this Honorable Court to continue the Sentencing Hearing that is currently scheduled for November 17, 2016.

Counsel respectfully seeks to continue the Sentencing Hearing in this matter. The reason for this request is that on Wednesday, November 16, 2016, counsel is commencing the Mitigation Trial of a capital murder case in the State v. Douglas Shine, Case Number CR 606156. Counsel respectfully seeks to have the sentencing rescheduled for the week of November 21, 2016 with this Honorable Court's permission. Counsel traveled to CCA this past Friday and informed Mr. Gaston of the scheduling conflict and he has no problem with the slight delay in his sentencing hearing. Likewise, counsel contacted Assistant United States Attorney, Michelle Baeppler, and informed her of counsel's conflict and she does not oppose this motion.

The ends of justice will be served by granting this motion. It is in the best interest of the public to grant this motion pursuant to the Speedy Trial Act of 1974 as outlined in 18 USC 3161(h)(7)(A). Counsel is not seeking to delay or otherwise prejudice the proceedings by the foregoing request.

Respectfully Submitted,

*/s/ Russell W. Tye*
Russell W. Tye
Supreme Court No. 0067238
LAW OFFICE OF RUSSELL W. TYE
Counsel for Defendant
75 Public Square, Suite #730
Cleveland, Ohio 44113
Email: russelltyelaw1@yahoo.com
Tel. (216) 622-7853
Fax (216) 622-1853

CERTIFICATE OF SERVICE

    A copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING was electronically served this 14th day of November, 2016 upon Assistant United States Attorney Michelle Baeppler.

                                                 /s/ Russell W. Tye
                                                 RUSSELL W. TYE
                                                 Supreme Court No. 0067238
                                                 Counsel for Defendant